11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Alonzo Ricardo
Washington

Appellant

Vs.                   No.
11-02-00119-CR B
Appeal from Palo Pinto County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to dismiss the appeal. Attached to the motion
is a copy of the trial court=s
order granting appellant=s
motion for new trial.  The motion is
granted.

The
appeal is dismissed.

 

PER CURIAM

 

May 30, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.